UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LISA GIGUERE

v.                                                    C.A. 16-cv-678-S-PAS

UNIVERSITY SURGICAL ASSOCIATES, INC.
and  NEW ENGLAND MEDICAL BILLING, INC.


**STIPULATION OF DISMISSAL**

Plaintiff Lisa Giguere and Defendants University Surgical Associates, Inc., and New England

Medical Billing, Inc. hereby stipulate and agree that this action shall be dismissed with prejudice and

without costs.


| | |
|---|---|
| **LISA GIGUERE**<br>By her attorneys, | **UNIVERSITY SURGICAL ASSOCIATES, INC.,**<br>By its Attorneys, |

**LISA GIGUERE**
By her attorneys,


/s/ Sonja L. Deyoe
Sonja L. Deyoe (#6301)
Law Office of Sonja L Deyoe
295 Smith Street
Providence, RI 02908
401 864 5877 t
401 354 7464 f
sld@the-straight-shooter.com

**UNIVERSITY SURGICAL ASSOCIATES, INC.,**
By its Attorneys,


/s/ Michael D. Chittick
Michael D. Chittck, Esq.,(#5967)
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
401 274 7200 t
401 351 4607 f
mchittick@apslaw.com

**NEW ENGLAND MEDICAL BILLING, INC.,**
By its Attorneys,


/s/ Joseph D. Whelan
Joseph D. Whelan, Esq., (#5695)
Whelan, Corrente, Flanders, Kinder
& Siket LLP
100 Westminster Street, Suite 710
Providence, RI 02903
401 270 4500 t
401 270 3760 f
jwhelan@whelancorrente.com

## CERTIFICATION

I hereby certify that a copy of the above was filed in the ECF system and served on all counsel of record on this 22nd day of August 2017.

/s/ Sonja L. Deyoe